IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KEITH RUSSELL JUDD for
President of USA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,
et al.,

    Respondents.

CIVIL ACTION NO.: **MC200-04**

## ORDER

Petitioner, an inmate formerly incarcerated at the Federal Correctional Institution in Jesup, Georgia, filed a Notice of Appeal to the Eleventh Circuit Court of Appeals. He seeks to appeal the dismissal of Petitioner's "Motion for Relief From Judgment Dismissing 28 U.S.C. § 2255 Proceeding Under Savings Clause." Petitioner's appeal is frivolous and without merit.

SO ORDERED, this 27th day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)