IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12: 16

CLERK _____
SO. DIST. OF GA.

KEITH RUSSELL JUDD

VS.    MC200-4

UNITED STATES OF AMERICA

## ORDER

The appeal in the above-styled action having been dismissed for failure to pay filing fee within time fixed by rules by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _15_ day of July, 2005.

_____
Judge, United States District Court
Southern District of Georgia

# United States District Court
## Southern District of Georgia

JUDD

)

vs ) CASE NUMBER MC200-4

USA
) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05 , which is part of the official record of this case.

Date of Mailing: 7/15/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Keith Judd, 11593-051, FCI Allenwood, P.O. Box 1500, White Deer, PA 179887

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate