IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KEITH RUSSELL JUDD for
President of USA,

  Plaintiff,

vs.

UNITED STATES OF AMERICA,
et al.,

  Defendants.

CIVIL ACTION NO.: **MC200-04**

## ORDER

In a pleading dated October 28, 2005, Petitioner has moved for Relief from Judgment of Dismissal Under Fed. R. Civ. P. 60(b). (Doc. 42.) This miscellaneous case was closed on October 15, 2001. Petitioner's instant motion is **DENIED**.

**SO ORDERED**, this 1st day of December, 2005.

            JUDGE, UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)